JAMES DEPALMA *v.* JOAN DEPALMA
(6126)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Submitted on briefs June 10—decision released June 23, 1988

*George Ganim, Jr.,* filed a brief for the appellant (defendant).

*Elaine Gordon* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.